FILED

MAY 3 0 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. **4:18CR00459 CDP/JMB** |
| ) | |
| DIANRONG JIANG, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT
## COUNT I

The Grand Jury charges that:

On or about May 2, 2018, in St. Francois County, within the Eastern District of Missouri, the defendant,

**DIANRONG JIANG,**

knowingly and in reckless disregard of the fact that a certain alien, Jacinto Martinez-Olivera, had come to, entered and remained in the United States in violation of law, did conceal, harbor or shield said alien from detection.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT II

The Grand Jury further charges that:

On or about May 2, 2018, in St. Francois County, within the Eastern District of Missouri, the defendant,

**DIANRONG JIANG,**

knowingly and in reckless disregard of the fact that a certain alien, Yair Osto-Solis, had come to, entered and remained in the United States in violation of law, did conceal, harbor or shield said alien from

detection,

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT III

The Grand Jury further charges that:

On or about May 2, 2018, in St. Francois County, within the Eastern District of Missouri, the defendant,

**DIANRONG JIANG,**

knowingly and in reckless disregard of the fact that a certain alien, Luis Ambros-Melchi, a/k/a Luis Melchi-Ambros, had come to, entered and remained in the United States in violation of law, did conceal, harbor or shield said alien from detection.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

KENNETH R. TIHEN, #37325MO
Assistant United States Attorney